

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-14-00574-CV

**NOVADAQ TECHNOLOGIES, INC.** and Novadaq Corp.,
Appellants

v.

**LIFECELL CORPORATION**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-10718
Honorable Peter A. Sakai, Judge Presiding

PER CURIAM

Sitting:     Karen Angelini, Justice
             Sandee Bryan Marion, Justice
             Marialyn Barnard, Justice

Delivered and Filed:  October 8, 2014

DISMISSED

Appellants have filed a motion to dismiss this appeal. The motion contains a certificate of service to appellee, which has not opposed the motion. Therefore, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a). Costs of appeal are taxed against appellants. *See id.* 42.1(d).

PER CURIAM